UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURY SURETY CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NAVIGATORS SPECIALTY INSURANCE COMPANY,<br><br>Defendant. | Case No. 20-cv-03852-VC<br><br>**ORDER OF DISMISSAL** |

The Court has been advised by the Stipulation to Continue the Case Management Conference Due to Settlement, filed on October 26, 2020, that the parties have resolved this case. (Re: Dkt. No. 23).  Therefore, it is ORDERED that this case is DISMISSED without prejudice. All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 90 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 90 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated: October 29, 2020

_____
VINCE CHHABRIA
United States District Judge